MARRIEO CARTEZ WILLIAMS        CASE FILE
            PLAINTIFF                    23-cv-3459 (ECT/ECW)
        VS
CITY OF MINNEAPOLIS POLICE        42 USC 1981 and
DEPARTMENT ET. AL                 1983.

                COMPLAINTS

RECEIVED BY MAIL
NOV 08 2023
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
NOV 08 2023
U.S. DISTRICT COURT MPLS

PLAINTIFF MARRIEO CARTEZ WILLIAMS, NOW STATES HOW HIS DUE PROCESS/CONSTITUTIONAL RIGHTS WAS VIOLATED BY THESE OFFICER(S) MOHAMUD JAMA, ANDREW SCHROEDER, AND JEREMIAH SMEBSRUH. WHEN OFFICER(S) USED DEADLY OR EXCESSIVE FORCE BY TASER ME, PUNCHING, KICKING, BEATING ME AND NOT READING ME MY MIRANDA RIGHTS WHEN ARREST ME FOR THIS MATTER. PLAINTIFF, WILL ALSO LIKE TO DEMONSTRATE OTHER ILLEGAL ACTIVITY PERFORM BY THESE OFFICER(S) INVOLVED IN THAT BEING ALL INVOLVED OFFICER(S) HAS BEEN DISCIPLINE OR SUSPENSED FOR CODE OF CONDUCT, TAMPERING WITH DEVICE, LYING TO JURY, TAMPERING WITH EVIDENCE AND A HOST OF OTHER VIOLATIONS.
PLAINTIFF, WOULD LIKE THE RECORD TO REFLECT THESE OFFICER (S) SAID A RACIST SLUR ABOUT MY COUSIN COURTNEY WILLIAMS MURDER BY FELLOW OFFICER(S) OF POLICE FORCE SCOTT MARS

PLAINTIFF ALSO WHILE BEING BOOKED AT HENNEPIN COUNTY JAIL HE WAS NOT TREATED FOR HIS INJURIES BY MEDICAL STAFF AT THIS JAIL THESE INJURIE HE SUFFER BY THESE POLICE OFFICER(S) INVOLVED IN THIS MATTER CASE 27-CR-22584.

PLAINTIFF WOULD LIKE THE RECORD TO REFLECT HE STATES WHAT WAS DONE TO HIM HAS THE SAME EFFECT TO HOW HIS COUSIN COURTNEY WILLIAMS WAS MURDER BY THE SAME POLICE DEPARTMENT IN OCTOBER 24, 2004 AT THE AGE OF 15 YRS OLD. AT HIS ARREST ON NOVERBER 11, 2022.

PLAINTIFF STATES WHAT WAS DONE TO HIM HAS PUT STRESS ON ME DAILY ALONG WITH HIS FAMILY WITH THIS GRIEF PROCESS. AS STATED OFFICE DID NOT HAVE PROBABLE CAUSE TO VIOLATE HIM BY BEATING OPENING UP HIS VEHICLE USE EXCESSIVE FORCE WHEN HE WAS CONSIDER THE PRAY IN THIS SAID ARREST ON ABOUT NOV 11, 2022.

PLAINTIFF MARRIED C. WILLIAMS WOULD LIKE THE RECORD TO REFLECT THAT IN ALL RESPECT THIS EVENT HAS ME WITH P.T.S.D. WEIGH ON ME AND MY FAMILY THE PAST AND NOW THE FUTURE. I CONTINELY EACH AND EVERYDAY I HAVE TO REFLECT ON HOW I WAS DONE BY MINNEAPOLIS POLICE DEPARTMENT IN THIS SAID MATTER. THIS SITUATION HAS DAMAGE MY LIFE ALOT NOW I AM CONTINELY STRESS AND MY LIFE IS RUIN BY MINNEAPOLIS POLICE DEPARTMENT JUST LIKE MY RELATIVE/COUSIN COURTNEY WILLIAMS. AS TIME PASSES ON EACH AND EVERY.

Pg (2)

YEAR. BECAUSE OF THIS HARMFUL SITUATION WITH POLICE DEPARTMENT FOR ILLEGAL ACTIVITY, DISCIPLINE AND ETC.

POSSIBLE CONSTITUTIONAL HEREIN ARE SEVERE DEPRIVATIONS THAT HAVE OCCURRED WHILE BEING ARREST WERE POSSIBLY MOUNTING TO CONSTITUTIONAL VIOLATIONS IF NOT RISING TO THE SEVERITY OF SUCH VIOLATIONS THEY DID HOWEVER, CREATE A DEFINITE ATYPICAL AND SIGNIFICANT HARDSHIP.

AS IN DEPRIVATIONS TIME AND PSYCHOLOGICAL EFFECTS ARE TO BE TAKEN INTO CONSIDERATION WHEN DETERMINING THE VIOLATION OR HARDSHIP. PLAINTIFF ALL OF THESE CONSTITUTIONAL VIOLATIONS HAVE CREATED PAIN TO THE MIND AND BODY. FOR HARDSHIP TO THE PLAINTIFF DUE TO THE TIME ENDURED BY PLAINTIFF, MAKING HIS SITUATION UNBEARABLE AND PROVIDING NO BELIEF FOR PSYCHOLOGICAL PAIN AND SUFFERING ENDURED HIS CONSTITUTIONAL RIGHTS HAVE BEEN DENIED WHILE BEING ARRESTED, IN THIS SAID MATTER.

I NOW ASK AND PRAY FOR THE COURT TO BE FAIR AND JUST IN THEIR DECISION AND GRANT THESE SUMMONS AMOUNT FOR VIOLATION MY DUE PROCESS/CONSTITUTIONAL RIGHT AS ALOUD

Pg (3)

THEREFORE PLAINTIFF MARRIEO CARTEZ WILLIAMS AKA WILLIE JAMES CRUMP OID 222655 ASK FOR A PUNITIVE DAMAGES IN THE AMOUNT OF $125,000 FOR ALL THE STRESS THIS SITUATION CAUSE HIM TO HAVE AT THIS PRESENT TIME AS MENTION THOUGH OUT THIS PETITION.

PLAINTIFF STATE DEFENDANT LIABLE TO THIS PUNITIVE/EXEMPLARY DAMAGES IN THE SUM $125,000 WILL CLEARLY SHOW YOU WHY PLAINTIFF ASKING FOR THIS SUM.

PLAINTIFF WAS ACTUAL INNOCENCE IN THIS SAID MATTER ON THIS CRIMINAL/CIVIL CASE.

s/ CLERK OF COURT
Dated 11/5/2023

c.c Marrieo Cartez Williams
1101 LINDEN Lane
Faribault MN 55021

(END)

PLAINTIFF NOW ASK FOR THE CLERK OF COURT(S) TO SERVE THESE DOCUMENT(S) OF THE DEFENDANT CERTIFICATE COPIES TO THEM PERSONALLY, ALSO ENCLOSED ARE SUPPORTING DOCUMENT SHOWING WHAT WHEN ON TO BRING A CIVIL SUIT

S/ Clerk of Court
: 11/5/23

Marrico Walker
1101 Linden Lane
Faribault Mn 55021